## No. 824.

### THE STATE EX REL. LA. LEVEE CO. vs. ALLEN JUMEL, AUDITOR.

The Act of the General Assembly, which permitted the Louisiana Levee Company to sue the State for work done on the levees, also provided that, pending that suit, the

proceeds of the collections of levee taxes shall be paid out to the company as authorized by existing laws, the sums thus paid to be an extinguishment *pro tanto* of whatever judgment the company should recover of the State.

*Held*, that although judgment had been rendered in that suit, in the court of the first instance, against the Levee Company, and rejecting its claim, inasmuch as a suspensive appeal had been taken therefrom, the suit was still pending, and the company was entitled to a peremptory *mandamus* compelling the Auditor to pay the proceeds of levee taxes already collected to the company in the proportion of sixty cents to each dollar of its claim.

APPEAL from the Third District Court of New Orleans. MONROE, J.

*Gilmore & Sons* for the Relator. The Attorney-General for Respondent.

EGAN, J., delivered the opinion affirming the judgment.